IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GRAHAM ENGINEERING CORP.,** | : | CIVIL ACTION NO. 1:16-CV-2524 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **JEFF LAWTON,** | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 23rd day of April, 2018, upon consideration of the motion (Doc. 55) to strike filed by plaintiff Graham Engineering Corporation ("Graham Engineering") pursuant to Federal Rule of Civil Procedure 12(f), wherein Graham Engineering requests that the court strike paragraphs 168 through 170, 172 through 174, 176 through 182, and 185 through 186 of the answer (Doc. 53) filed by defendant Jeff Lawton ("Lawton"), and the parties' respective briefs in support of and opposition to said motion (Docs. 56, 57, 58), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Graham Engineering's motion (Doc. 55) to strike is GRANTED.

2. Paragraphs 168 through 170, 172 through 174, 176 through 182, and 185 through 186 are STRICKEN from Lawton's answer (Doc. 53) without prejudice.

3. Lawton is granted leave to amend 168 through 170, 172 through 174, 176 through 182, and 185 through 186 of his answer (Doc. 53) within twenty (20) days of the date of this order.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania